IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> WATSON LABORATORIES, INC. and ACTAVIS, INC., <br><br> Defendants. | Civil Action No. |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice: <u>January 31, 2014</u>

Date of Expiration of the Patent: <u>7,619,004 expires 12/3/28*</u>

Thirty Month Stay Deadline: <u>July 31, 2016</u>

1

\*    7,601,758 expires 2/10/29
     7,820,681 expires 2/17/29
     7,915,269 expires 2/17/29
     7,964,647 expires 10/6/28
     7,964,648 expires 10/6/28
     7,981,938 expires 10/6/28
     8,093,296 expires 10/6/28
     8,093,297 expires 10/6/28
     8,097,655 expires 10/6/28
     8,415,395 expires 10/6/28
     8,415,396 expires 10/6/28
     8,440,721 expires 10/6/28
     8,440,722 expires 10/6/28

OF COUNSEL:

Tryn T. Stimart
WOMBLE CARLYLE SANDRIDGE
& RICE, LLP
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
(703) 790-7924

Jeffrey I. Weinberger
Ted G. Dane
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100

Eric K. Chiu
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907

Dated: February 27, 2014

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
/s/ Mary W. Bourke
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
mbourke@wcsr.com
dattaway@wcsr.com
Phone: (302) 252-4333

*Attorneys for Takeda Pharmaceuticals U.S.A., Inc.*

31971293