

222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Telephone: (302) 252-4320
Fax: (302) 252-4330
www.wcsr.com

Mary Webb Bourke
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: MBourke@wcsr.com

March 5, 2013

<u>*Via CM/ECF*</u>

The Honorable Leonard P. Stark
United States Court of the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26
Room 6124
Wilmington, Delaware 19801-3555

  **Re:** *Takeda Pharmaceuticals U.S.A. Inc. v. Watson Laboratories Inc. et al.*, No. 14-cv-268-LPS

Dear Judge Stark:

  We write regarding the above referenced case, recently assigned to Your Honor. We recently recognized that we inadvertently failed to designate this case as related to other cases currently pending before Judge Robinson. This case is related to two other currently pending active cases that involve the same drug (Colcrys®) and involve two of the same asserted patents in suit in this case: Civil Action Nos. 13-cv-1524-SLR and 13-cv-1729-SLR. Additionally, this case is also related to two other currently stayed cases involving the same drug (Colcrys®) and all of the patents in suit in this case: Civil Action Nos. 12-cv-419-SLR and 13-cv-493-SLR.

  Plaintiff respectfully requests that the Court consider if reassignment of this action to Judge Robinson is appropriate.

  If the Court has any questions, counsel for Plaintiff is available at the Court's convenience.

         Respectfully submitted,

         */s/ Mary W. Bourke*

         Mary W. Bourke