

**WOMBLE CARLYLE SANDRIDGE & RICE**

A PROFESSIONAL LIMITED LIABILITY COMPANY

222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Telephone: (302) 252-4320
Fax: (302) 252-4330
www.wcsr.com

Mary W. Bourke
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: MBourke@wcsr.com

September 17, 2014

**Via CM/ECF**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Unit 31
Wilmington, DE 19801-3568

**Re:**   *Takeda Pharmaceuticals U.S.A., Inc. v. Par Pharmaceutical Companies, Inc. et al.*, **No. 13-cv-1524-SLR**; *Takeda Pharmaceuticals U.S.A., Inc. v. Amneal Pharmaceuticals, LLC*, **No. 13-cv-1729-SLR**; *Takeda Pharmaceuticals U.S.A., Inc. v. Watson Laboratories, Inc.*, **No. 14-cv-268-SLR**

Dear Judge Robinson:

I write on behalf of all parties in the above-captioned cases. The parties have recently filed a proposed joint scheduling order in the above cases (D.I. 94 in No. 13-cv-1524-SLR, D.I. 72 in No. 13-cv-1729-SLR; and D.I. 39 in No. 14-cv-268-SLR). To facilitate the Court's review of the proposed joint scheduling order, the parties have prepared the attached chart summarizing the dates in the proposed joint scheduling order.

Respectfully submitted,

Mary W. Bourke

Enclosure

cc:    All Counsel of Record