**Proposed Case Schedule for *Takeda v. Par* (13-1524); *Takeda v. Amneal* (13-1729); *Takeda v. Watson* (14-268)**

| Event | Takeda's Proposal | Par and Amneal's Proposal | Watson's Proposal |
|---|---|---|---|
| **Initial Disclosures** | | | |
| Deadline for exchange of information identified at Rule 26(f) conference. (¶ 1(c)(1)) | Completed | Completed | Completed |
| Deadline for identification of accused product(s), damages model, asserted patents, and production of file histories of each asserted patent. (¶ 1(c)(2)) | Completed | Completed | 10/2/2014 |
| Deadline for defendant to produce the core technical documents related to the accused product. (¶ 1(c)(3)) | Completed | Completed | Completed |
| **Infringement/Invalidity Contentions** | | | |
| Deadline for Plaintiff to produce an initial claim chart relating each known accused product to the asserted claims (¶ 1(c)(5)) | 10/16/2014 | 10/3/2014 | 10/16/2014 |
| Deadline for Defendant to produce its initial invalidity contentions for each asserted claim. (¶ 1(c)(6)) | 11/17/2014 | 10/17/2014 | 11/17/2014 |
| Deadline for parties to supplement the identification of accused products and of all invalidity references. (¶ 1(g)) | 4/17/2015 | N/A | 4/30/2015 |
| **Paper and Electronic Document Production** | | | |
| Discovery of paper and electronic documents to be completed by (¶ 1(d)(2)) | 1/23/2015 | Completed | 1/23/2015 |
| **Joinder of Parties/Amendment of Pleadings** | | | |
| Last day to file motions to join parties/amend the pleadings. (¶ 2) | 3/20/2015 | Completed | 10/28/2014 |

**Proposed Case Schedule for *Takeda v. Par* (13-1524); *Takeda v. Amneal* (13-1729); *Takeda v. Watson* (14-268)**

| Event | Takeda's Proposal | Par and Amneal's Proposal | Watson's Proposal |
|---|---|---|---|
| **Fact Discovery Deadline** | | | |
| Fact Discovery to be completed by (¶ 1(a)) | 5/1/2015 | 1/23/2015 | 4/17/2015 |
| **Final Infringement/Invalidity Contentions** | | | |
| Final infringement contentions due. (¶ 1(f)(2)) | 5/8/2015 | 2/23/2015 | 5/15/2015 |
| Final invalidity contentions due. (¶ 1(f)(3)) | 5/8/2015 | 2/23/2015 | 5/15/2015 |
| **Claim Construction** | | | |
| Exchange lists of claim terms in need of construction (not filed with the Court). (¶5(a)) | 12/19/2014 | 9/26/2014 | 12/5/2014 |
| Supplemental exchange of claim terms in need of construction (not filed with the Court). (¶ 5(a)) | 1/16/2015 | 10/3/2014 | 12/19/2014 |
| Joint Claim Construction Statement due (filed with the Court). (¶5(b)) | 2/6/2015 | 10/10/2014 | 1/9/2015 |
| Opening Claim Construction Brief (Plaintiff) due. (¶5(c)) | 3/6/2015 | 10/24/2014 | 2/13/2015 |
| Answering Claim Construction Brief (Defendants) due. (¶5(d)) | 4/3/2015 | 11/14/2014 | 3/13/2015 |
| Plaintiff's reply claim construction brief due. (¶5(e)) | 4/24/2015 | 12/5/2014 | 4/3/2015 |
| Defendants' surreply claim construction brief due. (¶5(f)) | 5/15/2015 | 12/26/2014 | 4/24/2015 |
| Claim construction hearing | at the Court's convenience | 1/16/2015 or at the Court's convenience | 5/5/2015 or at the Court's convenience |
| **Expert Discovery** | | | |
| Expert reports due. (¶ 6(b)) | 7/24/2015 | 3/6/2015 | 7/2/2015 |

**Proposed Case Schedule for *Takeda v. Par* (13-1524); *Takeda v. Amneal* (13-1729); *Takeda v. Watson* (14-268)**

| Event | Takeda's Proposal | Par and Amneal's Proposal | Watson's Proposal |
|---|---|---|---|
| Expert rebuttal reports due. (¶ 6(b)) | 8/21/2015 | 4/3/2015 | 7/31/2015 |
| Expert supplemental reports due. (¶ 6(b)) | 9/18/2015 | 4/24/2015 | 8/20/2015 |
| Expert discovery to be completed by (¶ 6(a)) | 11/6/2015 | 6/5/2015 | 9/29/2015 |
| **Fact Witnesses to be Called at Trial** | | | |
| Exchange list of fact witnesses each party intends to call at trial. (¶ 7 (as modified)) | 11/20/2015 | 6/8/2015 | 10/8/2015 |
| Exchange list of rebuttal fact witnesses each party intends to call at trial. (¶ 7 (as modified)) | 12/18/2015 | 6/22/2015 | 10/23/2015 |
| Last day to depose fact witnesses disclosed in exchange, not previously deposed in this case. (¶ 7 (as modified)) | 1/22/2016 | 7/10/2015 | 11/10/2015 |
| **Daubert Motions** | | | |
| Daubert motions due. (¶ 6(d)(1)) | N/A | 6/12/2015 | 10/9/2015 |
| Daubert reply briefs due. (¶ 6(d)(1)) | N/A | 6/26/2015 | 10/30/2015 |
| **Pre-Trial Conference and Trial** | | | |
| Pre-trial Conference (¶ 11) | at the Court's convenience | 7/21/2015 | 11/23/2015 or at the Court's convenience |
| Trial (¶ 12) | 2/8/2016 | 8/03/2015 | 12/7/2015 |