**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> *Plaintiff,* <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> *Defendant.* | Civil Action No.: 14-cv-268-SLR |

**NOTICE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Takeda Pharmaceuticals U.S.A., Inc.'s Identification of Accused Products and Asserted Patents was caused to be served on October 2, 2014 upon the following via electronic mail:

Matthew J. Goggin
Russell J. Rigby
Alexandra J. Olson
Mark D. Schuman
CARLSON, CASPERS, VANDENBURGH,
    LINDQUIST & SCHUMAN, P.A.
222 S. Sixth Street
Capella Tower, Suite 4200
Minneapolis, MN 55402
mgoggin@carlsoncaspers.com
rrigby@carlsoncaspers.com
aolson@carlsoncaspers.com
mschuman@carlsoncaspers.com

Melanie K. Sharp
James L. Higgins
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 N. King Street
Wilmington, DE 19801
msharp@ycst.com
jhiggins@ycst.com
rvrana@ycst.com

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
mbourke@wcsr.com
Phone: (302) 252-4333

*Attorneys for Takeda Pharmaceuticals U.S.A., Inc.*

OF COUNSEL:

Tryn T. Stimart
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
tstimart@wcsr.com

Jeffrey I. Weinberger
Ted G. Dane
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
jeffrey.weinberger@mto.com
ted.dane@mto.com

Eric K. Chiu
Amy L. Greywitt
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
eric.chiu@mto.com
amy.greywitt@mto.com

Dated:  October 2, 2014

33063221v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 2, 2014 upon the following individuals via electronic mail:

Matthew J. Goggin
Russell J. Rigby
Alexandra J. Olson
Mark D. Schuman
CARLSON, CASPERS, VANDENBURGH,
    LINDQUIST & SCHUMAN, P.A.
222 S. Sixth Street
Capella Tower, Suite 4200
Minneapolis, MN 55402
mgoggin@carlsoncaspers.com
rrigby@carlsoncaspers.com
aolson@carlsoncaspers.com
mschuman@carlsoncaspers.com

Melanie K. Sharp
James L. Higgins
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 N. King Street
Wilmington, DE 19801
msharp@ycst.com
jhiggins@ycst.com
rvrana@ycst.com

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)

3