

WOMBLE CARLYLE SANDRIDGE & RICE
A LIMITED LIABILITY PARTNERSHIP

222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Telephone: (302) 252-4320
Fax: (302) 252-4330
www.wcsr.com

Mary W. Bourke
Partner
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: MBourke@wcsr.com

November 19, 2015

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 N. King Street
Room 4124, Unit 31
Wilmington, DE 19801

Re:  *Takeda Pharmaceuticals, U.S.A., Inc. v. Par Pharmaceutical, Inc., et al.*, C.A. No. 13-1524-SLR; *Takeda Pharmaceuticals, U.S.A., Inc. v. Amneal Pharmaceuticals, LLC*, C.A. No. 13-1729-SLR; *Takeda Pharmaceuticals, U.S.A., Inc. v. Watson Laboratories, Inc.*, C.A. No. 14-268-SLR

Dear Judge Robinson:

Pursuant to the Additional Civil Trial Guidelines for Patent Cases, the parties write to advise the Court of the issues remaining for trial, specific to asserted claims.

**U.S. Patent No. 7,964,647**

Takeda asserts that Defendants infringe claim 1 of the '647 patent. Defendants deny infringement and allege that claim 1 of the '647 patent is invalid.

**U.S. Patent No. 7,981,938**

Takeda asserts that Defendants infringe claim 1 of the '938 patent. Defendants deny infringement and allege that claim 1 of the '938 patent is invalid.

**U.S. Patent No. 8,415,395**

Takeda asserts that Defendants infringe claims 6, 9, 13, and 17 of the '395 patent. Defendants deny infringement and allege that the asserted claims of the '395 patent are invalid.

**U.S. Patent No. 8,093,298**

Takeda asserts that Defendants infringe claim 1 of the '298 patent. Defendants deny infringement and allege that claim 1 of the '298 patent is invalid.

**U.S. Patent No. 7,964,648**

Takeda asserts that Defendants infringe claims 1-3, 5-6, and 8 of the '648 patent. Defendants deny infringement and allege that the asserted claims of the '648 patent are invalid.

November 19, 2015<br>Page 2

**U.S. Patent No. 8,093,297**

Takeda asserts that Defendants infringe claims 1-6 of the '297 patent. Defendants deny infringement and allege that the asserted claims of the '297 patent are invalid.

**U.S. Patent No. 8,097,655**

Takeda asserts that Defendants infringe claims 1-5 of the '655 patent. Defendants deny infringement and allege that the asserted claims of the '655 patent are invalid.

In addition, pursuant to Amneal's counterclaim under 21 U.S.C. § 355(j)(5)(C)(ii)(I), Amneal seeks delisting of Takeda's drug-drug interaction patents (the "DDI patents")[1] from the Orange Book entry for Colcrys®. Takeda denies that the DDI patents are improperly listed in the Orange Book.

Respectfully,

*Mary W. Bourke*

Mary W. Bourke

cc:    All Counsel of Record (via CM/ECF)

---

[1] The DDI patents to be addressed at trial are: U.S. Patent Nos. 8,093,298, 7,964,648, 8,093,297, and 8,097,655.