**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>AMNEAL PHARMACEUTICALS, LLC,<br><br>       Defendant. | C.A. No. 13-cv-1729-SLR |
| TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>WATSON LABORATORIES INC.<br><br>       Defendant. | C.A. No. 14-cv-268-SLR |

**STIPULATION REGARDING PRIORITY DATES OF CERTAIN PATENTS**

Plaintiff Takeda Pharmaceuticals USA, Inc. and Defendants Amneal Pharmaceuticals, LLC, and Watson Laboratories, Inc., hereby stipulate through their respective attorneys as follows:

WHEREAS, the parties have agreed to stipulate to certain facts prior to trial;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Claim 1 of the '298 patent is entitled to a priority date no earlier than February 10, 2009; and

2. Claim 1 of the '938 patent is entitled to a priority date no earlier than January 14, 2010.

Dated: December 7, 2015

| | |
|---|---|
| */s/ Daniel M. Attaway* | */s/ Mary B. Matterer* |
| Mary W. Bourke (#2356) | Mary B. Matterer (#2696) |
| Daniel M. Attaway (#5130) | Richard K. Herrmann (#405) |
| WOMBLE CARLYLE | MORRIS JAMES LLP |
| SANDRIDGE & RICE, LLP | 500 Delaware Avenue, Suite 1500 |
| 222 Delaware Avenue, Suite 1501 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19801 | (302) 888–6800 |
| (302) 252-4320 | mmatterer@morrisjames.com |
| (302) 252-4330 (Fax) | rherrmann@morrisjames.com |
| mbourke@wcsr.com | |
| dattaway@wcsr.com | *Attorneys for Amneal Pharmaceuticals, LLC* |
| *Attorneys for Plaintiff* | |
| | */s/ Robert M. Vrana* |
| | Melanie K. Sharp (#2501) |
| | James L. Higgins (#5021) |
| | Robert M. Vrana (#5666) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6681 |
| | msharp@ycst.com |
| | jhiggins@ycst.com |
| | rvrana@ycst.com |
| | *Attorneys for Watson Laboratories, Inc.* |

SO ORDERED, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE