# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | C.A. No. 14-268-SLR |

## STIPULATION AND DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER

WHEREAS Plaintiff Takeda Pharmaceuticals USA, Inc. ("Takeda"), and Defendant Watson Laboratories, Inc. ("Watson"), have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action, including all claims, counterclaims and affirmative defenses, is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement; and

3. Each party shall bear its own attorneys' fees and costs.

                                                Respectfully submitted,

| | |
|---|---|
| */s/Daniel M. Attaway* | */s/Robert M. Vrana* |
| Mary W. Bourke (#2356) | Melanie K. Sharp (#2501) |
| Daniel M. Attaway (#5130) | James L. Higgins (#5021) |
| WOMBLE CARLYLE | Robert M. Vrana (#5666) |
| SANDRIDGE & RICE, LLP | YOUNG CONAWAY STARGATT & |
| 222 Delaware Avenue, Suite 1501 | TAYLOR, LLP |
| Wilmington, DE 19801 | Rodney Square |
| (302) 252-4320 | 1000 North King Street |
| (302) 252-4330 (Fax) | Wilmington, DE 19801 |
| mbourke@wcsr.com | (302) 571-6681 |
| dattaway@wcsr.com | msharp@ycst.com |
| | jhiggins@ycst.com |
| *Attorneys for Plaintiff* | rvrana@ycst.com |
| | |
| | *Attorneys for Watson Laboratories, Inc.* |

SO ORDERED this ____ day of _____, 2016.

                                                  _____
                                                  United States District Judge